## INGERSOLL VS. MECKLEM.

The rules of this court in regard to printing cases must be complied with or the appeal will be dismissed.

APPEAL from the Circuit Court for *Ozaukee* county. The facts material to the decision of the court appear in its opinion.

*Hugh Cunning*, for appellant.

*A. M. Blair*, for respondent.

*By the Court*, COLE, J. The appeal in this case must be dismissed for a want of compliance with the rules of this court.

It is impossible to tell from the printed case what were the points in controversy in the court below. The appeal appears to be from an order denying a motion to set aside a report of a referee in a foreclosure suit, but neither the proceedings, testimony or report are printed. Counsel are admonished that their appeals will be dismissed, unless they prepare and print their cases for the convenience of the court, as our rules require.

Appeal dismissed.